FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 07 2018

James N. Hatten, Clerk
By: /s/ TMCarull, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIAL FOTSE,

    Plaintiff,

v.

LENDINGHOME FUNDING CORPORATION
and LENDINGHOME MARKETPLACE,
LLC,

    Defendants.

CIVIL ACTION FILE NO.
1:18-CV-3181-ODE-AJB

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed November 6, 2018 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that this action be dismissed without prejudice. Specifically, Judge Baverman found that Plaintiff has not complied with an Order of the Court despite being warned that failure to do so may result in a dismissal of the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this action is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 41.3.

SO ORDERED, this __6__ day of December, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE